# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETITIA E. PEPPER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, a California municipal corporation; WILLIAM R. BAILEY, individually and in his official capacity as Mayor; GREGORY P. PRIAMOS, individually and in his official capacity as City Attorney; SERGIO DIAZ, individually and in his capacity as Chief of Police,<br><br>　　　　　Defendants. | Case No.:  EDCV 14-00916 JGB (SPx)<br><br>*Assigned to the Hon. Jesus G. Bernal*<br><br>**JUDGMENT DISMISSING ACTION WITH PREJUDICE** |

　　　Plaintiff Letitia E. Pepper ("Plaintiff") and Defendants City of Riverside, William R. Bailey, Gregory P. Priamos and Sergio Diaz ("Defendants"), have stipulated to rendition and entry of judgment pursuant to Federal Rule of Civil Procedure 41 (a) (2).

　　　**IT IS HEREBY ADJUDGED AND DECREED** as follows:

　　　1.　　Judgment shall be entered forthwith in this matter dismissing Plaintiff's complaint against each defendant herein, with prejudice.  Such dismissal with prejudice shall constitute a merger of all Plaintiff's stated claims and any

unstated claims which Plaintiff may have asserted in this action and a bar, without any limitation, to the reassertion of any stated or merged claim.

2. Upon notification to Defendants' counsel of entry of judgment, Defendant City of Riverside ("City") shall pay the sum of fifty thousand dollars ($50,000.00) to Plaintiff, hereafter "Settlement Amount," solely for the purpose of compromising, settling, and fully satisfying any claim for damages, attorney fees costs or other monetary claim that Plaintiff could have asserted or did assert in this action. Defendant City will cause the Settlement Amount to be wire transferred to Thompson Advocacy Attorney-Client Trust Account, within five business days of either notification of Defendants counsel by the Court of the Court's entry of Judgment Dismissing Action with Prejudice or written transmission by Plaintiff's counsel to Defendants' counsel of the details of such trust account, whichever is later.

3. Such payment by City is not an implied or express admission of liability on the part of Defendants or any of them.

4. Plaintiff and her counsel have reviewed and approved the proposed judgment as to substance and form.

**IT IS SO ORDERED.**

DATED: May 18, 2015

_____
Jesus G. Bernal, United States District Judge